JS 44 (Rev. 08/18)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
BRIAN JAMES,

**(b)** County of Residence of First Listed Plaintiff: **Northampton, PA**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Cellino & Barnes, P.C.
420 Lexington Avenue, Suite 2140
New York, NY 10170

### DEFENDANTS
ALL TRANS AM, INC., VASILE MARCHIS, ABC COMPANIES 1-10 and JOHN DOE 1-5 names being Fictitious,

County of Residence of First Listed Defendant: **Cook, IL**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☒ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 376 Qui Tam (31 USC 3729(a)) |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 400 State Reapportionment |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ☐ 835 Patent - Abbreviated New Drug Application | ☐ 460 Deportation |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 350 Motor Vehicle | ☐ 370 Other Fraud | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 485 Telephone Consumer Protection Act |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | | | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 850 Securities/Commodities/ Exchange |
| | | | | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| | | | | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 790 Other Labor Litigation | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate Sentence | | | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
28 U.S. Code Statute 1332(a)(1)(c)(1)(c)

Brief description of cause:
Motor Vehicle Accident

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

**DEMAND $**

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____   DOCKET NUMBER _____

DATE: 1/16/19
SIGNATURE OF ATTORNEY OF RECORD: *[signature]*

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

BRIAN JAMES,

        Plaintiff,

v.

ALL TRANS AM, INC., VASILE MARCHIS, and
ABC COMPANIES 1-10 and JOHN DOE 1-5
names being fictitious,

        Defendants.

Docket No.:

**COMPLAINT AND JURY DEMAND**

Plaintiff, by their attorneys CELLINO & BARNES, P.C., alleges as follows:

### PARTIES, JURISDICTION AND VENUE

1. Plaintiff, BRIAN JAMES, presently, and has been at all times herein mentioned, a citizen and resident of the State of Pennsylvania and at all times material herein, is competent to bring suit in his individual capacity.

2. At all times herein relevant, defendant, ALL TRANS AM, INC. was a domestic limited liability company based in the State of Illinois, with the only member being Vasile Marchis who is a citizen and resident of Illinois with a residence address of 4205 West Devon Avenue, Chicago, Illinois 60646.

3. That at all times herein relevant, defendant, ALL TRANS AM, INC. committed a tortious act within the State of New Jersey.

4. That at all time herein relevant, defendant, ALL TRANS AM, INC. committed a tortious act without the State of New Jersey causing injury to person or property within the State of New Jersey.

5. That by virtue of the allegations above, defendant, ALL TRANS AM, INC.is subject to the laws of the State of New Jersey pursuant to Rule 4:3.

6. At all times herein relevant, defendant, VASILE MARCHIS is an adult individual and a citizen and resident of the State of Illinois.

7. ABC COMPANIES 1-10 said names being fictitious are named as defendants in order to preserve the statue of limitations against unknown companies.

8. JOHN DOE 1-5 said names being fictitious are named as defendants in order to preserve the statue of limitations against unknown companies

9. Damages alleged by plaintiff exceed the sum or value of $75,000.00, exclusive of interest and costs, pursuant to 28 U.S.C. Section 1332(a) and Fed. Rules of Civil Procedure 8(a) (1).

10. The parties have diversity of jurisdiction and the amount in controversy exceeding the jurisdictional limits confers this Court with jurisdiction over the subject matter of this Complaint and over the parties hereto under 28 U.S.C. Section 1332 and Fed. Rules of Civil Procedure 8(a) (1).

11. Venue is proper and appropriate in United States District Court District of New Jersey because the motor vehicle accident, which is the subject matter of this Complaint, occurred in U.S. District of New Jersey.

## FACTUAL BACKGROUND

12. On April 26, 2017 defendant, ALL TRANS AM, INC. was the owner and/or lessee of a certain 2010 International Box Truck bearing Illinois license plate No.: P816082.

13. On April 26, 2017 defendant, VASILE MARCHIS was the operator of a certain 2010 International Box Truck bearing Illinois license plate No.: P816082. owned and/or leased by ALL TRANS AM, INC.

14. On April 26, 2017, defendant, VASILE MARCHIS, operated the vehicle described in Paragraph 12 above with the full knowledge of the owner, defendant, ALL TRANS AM, INC.

15. On April 26, 2017, defendant, VASILE MARCHIS, operated the vehicle described in Paragraphs 12 above with the full permission of the owner, defendant, ALL TRANS AM, INC.

16. On April 26, 2017, defendant, VASILE MARCHIS, operated the vehicle described in Paragraphs 12 above with the full authority of the owner, defendant, ALL TRANS AM, INC.

17. On April 26, 2017, defendant, VASILE MARCHIS, was acting within the course and scope of his employment for defendant, ALL TRANS AM, INC.

18. On April 26, 2017, defendant, VASILE MARCHIS, was an agent of defendant, ALL TRANS AM, INC.

19. On April 26, 2017, defendant, VASILE MARCHIS, was a servant of defendant, ALL TRANS AM, INC.

20. On April 26, 2017, defendant, VASILE MARCHIS, was an employee of defendant ABC Companies 1-5.

21. On April 26, 2017, plaintiff, BRIAN JAMES, was the operator of a certain 2007 Freightliner bearing Pennsylvania license plate number ZGZ5918 owned and/or leased by his employer, Keystone Food Products, Inc.

22. On April 26, 2017, defendant, VASILE MARCHIS, operated the vehicle described in Paragraphs 12 herein above in a northbound direction on the New Jersey Turnpike, in the State of, New Jersey.

23. On April 26, 2017, plaintiff, BRIAN JAMES was the operator of the vehicle described in Paragraph 21 herein above in a northbound direction on the New Jersey Turnpike, in the State of, New Jersey.

24. On April 26, 2017, the vehicle operated by defendant VASILE MARCHIS as described in Paragraphs 12 herein above, came into contact with the vehicle in which plaintiff was operating as described in Paragraphs 21 and 23. As a result of the aforementioned occurrence, plaintiff sustained injuries.

### AS AND FOR A FIRST CAUSE OF ACTION

27. On April 26, 2017, the vehicle operated by defendant, VASILE MARCHIS, as described in Paragraphs 12 herein above, came into contact with the vehicle in which plaintiff was operating as described in Paragraphs 21 and 23 on the New Jersey Turnpike, in the State of New Jersey. As a result of the aforementioned occurrence, plaintiff, BRIAN JAMES sustained injuries.

28. The aforementioned occurred as a result of the negligence and/or

recklessness of defendants without any negligence attributable in any measure to plaintiff, BRIAN JAMES.

29. Plaintiff, BRIAN JAMES, has sustained compensable injuries as defined by the New Jersey State Insurance Law.

30. By the aforesaid acts and omissions of defendants herein, plaintiff, BRIAN JAMES, has been directly and legally caused to suffer pain and suffering and actual damages including, but not limited to, loss of earnings and future earning capacity, medical expenses, attorney's fees costs of suit and other pecuniary loss not presently ascertainable for which the plaintiff will seek leave of the Court to amend once ascertained.

31. By the aforesaid acts and omissions of defendants, plaintiff BRIAN JAMES, has been directly and legally caused to suffer physical injuries, including, but not limited to, injuries to his left hip and left knee, all of which individually, or in combination, satisfy the requirements of compensable injuries as defined by the New Jersey State Insurance Law.

32. As a further direct and legal result of the acts and conducts of the defendants, as aforesaid, plaintiff, BRIAN JAMES, was caused to and did suffer from severe physical, emotional and mental distress, anguish, humiliation, embarrassment, fright, shock, pain, discomfort, and anxiety. The exact extent and nature of said injuries is presently unknown to plaintiff, BRIAN JAMES, who will seek leave of this court to assert the same when they are ascertained. Plaintiff, BRIAN JAMES, does not know at this time the exact duration or permanence of said injuries but plaintiff is informed and

believes, and therefore alleges, that some, if not all, of his injuries are reasonably certain to be permanent.

**WHEREFORE**, plaintiff BRIAN JAMES demand judgment jointly and severally and/or individually and/or vicariously, against the defendants ALL TRANS AM, INC., VASILE MARCHIS, ABC COMPANIES 1-10 and JOHN DOE 1-5, on all counts for damages, costs, interest, counsel fees and all other relief this Court deems just and proper.

DATED:  New York, New York
January 16, 2019

CELLINO & BARNES, P.C.

BY: JOHN H. SHIELDS, Esq.(JS 7313)
Attorneys for Plaintiffs
420 Lexington Avenue, Suite 2140
New York, New York 10170
john.shields@cellinoandbarnes.com

### JURY DEMAND

Plaintiffs do hereby demand a trial by a jury on all issues so triable.

CELLINO & BARNES, P.C.

BY: JOHN H. SHIELDS, Esq.(JS 7313)
Attorneys for Plaintiffs
420 Lexington Avenue, Suite 2140
New York, New York 10170
john.shields@cellinoandbarnes.com

Dated: New York, New York
January 16, 2019